UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 08-80134 CR RYSKAMP
09-80041 CR-RYSKAMP

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

LINDA CASTRE GOSMAN,

    Defendant,

_____/

## NOTICE OF CONTINUING HEARING

PLEASE TAKE NOTICE that the **SENTENCING** in this case, set for July 10, 2009, has been continued before this court for **September 17, 2009** at **8:30 A.M.** before the Honorable Kenneth L. Ryskamp, United States District Judge, at 701 Clematis Street, Courtroom 1, West Palm Beach, Florida.

Dated this __10__ day of July, 2009.

**KENNETH L. RYSKAMP**
**UNITED STATES DISTRICT JUDGE**

/s/ Katie Brophy
**By: COURTROOM DEPUTY**

cc:    counsel of record
       U.S. Probation and Pretrial