UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-80134-CR-RYSKAMP
09-80041-CR-RYSKAMP

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| | ) |
| LINDA CASTRE GOSMAN, | ) |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |

## NOTICE OF APPEAL

Notice is hereby given that the United States of America, plaintiff in the above named case,

appeals to the United States Court of Appeals for the Eleventh Circuit from the judgment and

sentence entered on the docket in these consolidated actions on the 17th day of September, 2009.

Respectfully submitted,

JEFFREY H. SLOMAN
ACTING UNITED STATES ATTORNEY


By: _____
Kathleen M. Salyer (Florida Bar Number: 0689556)
ASSISTANT UNITED STATES ATTORNEY
U.S. Attorney's Office
99 N.E. 4th Street, #500
Miami, Florida  33132
Telephone (305) 961-9130
Facsimile (305) 536-7214
Attorney for Plaintiff, the United States

-1-

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 16, 2009, I electronically filed the foregoing document with the Clerk of the Court using EM/ECF.

_____

Kathleen M. Salyer
ASSISTANT UNITED STATES ATTORNEY