UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-80134-CR-RYSKAMP
09-80041-CR-RYSKAMP

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| | ) |
| LINDA CASTRE GOSMAN, | ) |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |

**CORRECTED NOTICE OF APPEAL**

Notice is hereby given that the United States of America, plaintiff in the above named case, appeals to the United States Court of Appeals for the Eleventh Circuit from the judgment and sentence entered on the docket in these consolidated actions on the 17th day of September, 2009.

This Notice corrects certain technical CM/ECF related matters in the original Notice of Appeal.

        Respectfully submitted,

        JEFFREY H. SLOMAN
        ACTING UNITED STATES ATTORNEY


By: s/Carolyn Bell

        CAROLYN BELL
        Assistant United States Attorney
        Admin. No. A5500286

        LYNN ROSENTHAL
        Assistant United States Attorney
        Fl. Bar No. 343226
        500 S. Australian Ave., Ste. 400
        West Palm Beach, Florida 33401
        Tel: (561) 820-8711
        Fax: (561) 659-4526
        E-mail: Carolyn.Bell@usdoj.gov
                Lynn.Rosenthal@usdoj.gov


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 19th of October, 2009, I electronically filed the foregoing document **Government's Corrected Notice of Appeal** with the Clerk of the Court using CM/ECF.

        s/Carolyn Bell
        CAROLYN BELL
        ASSISTANT UNITED STATES ATTORNEY